NO. 05-15-01150-CR

IN THE
COURT OF APPEALS
FIFTH DISTRICT OF TEXAS
AT DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/30/2015 5:02:38 PM
LISA MATZ
Clerk

═══════════════════

**SHALAKO JARMAINE WESLEY**
APPELLANT

vs.

THE STATE OF TEXAS,
APPELLEE

══════════════════

MOTION TO WITHDRAW
AS APPOINTED COUNSEL ON APPEAL

═════════════════

COMES NOW Deborah Ellison Farris, appointed counsel on appeal, respectfully submits this Motion to Withdraw as Appointed Counsel on Appeal in the above entitled and numbered causes. In support of this Motion, appointed counsel would show this Honorable Court the following:

**I.**

On August 3, 2015, the undersigned attorney was appointed by the Honorable Ernest White, presiding judge of the 194th Judicial District Court of Dallas County, Texas to represent Appellant in the appeal of his conviction in the cause; notice of appeal given on or about August 3, 2015. Pursuant to that appointment, the undersigned attorney prepared and filed Designations of the

-1-

Clerk's Record and requests for the Court Reporter's Records for appeal on Appellant's behalf.

**II.**

After a full review of the record in the causes, the undersigned attorney is of the opinion that there are no grounds of error upon which an appeal can be predicated.

**III.**

The undersigned attorney informed Appellant, by letter, that, in her professional opinion, the appeal is without merit. The undersigned attorney has explained to Appellant that he has the right to file a pro se brief if he so desires and that the trial court may make the records available to him if he desires to file a *pro se* brief. Counsel has mailed copies of the brief and the pertinent clerk and reporter's records to Appellant. This to advise the Courts that I have mailed a copy of the brief and the records to Appellant. Appellant has been informed by the undersigned attorney that he may request an extension of time from this Honorable Court for the filing of a pro se brief, if he so desires.

**WHEREFORE, PREMISES CONSIDERED,** the undersigned attorney prays that this Court grant the Motion to Withdraw as Appointed Counsel on Appeal in the above entitled and numbered cause.

Respectfully submitted,

/s/ Deborah E. Farris
Deborah Ellison Farris
SBN 06843200
4136 High Summit Drive
Dallas, Texas 75244
(972) 484-2895

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing will be E-filed and sent to the Fifth Court of Appeals, 600 Commerce Street, 2nd floor, Dallas, Texas 75202 and by fax delivery to the Appellee, Susan Hawk, the Criminal District Attorney of Dallas County, Texas, 133 N. Riverfront Blvd., Dallas, Texas 75207 and to Appellant, Shalako Jarmaine Wesley, TDCJ #02021376, Middleton Transfer Facility, 13055 F.M. 3522, Abilene, Texas 79601 by U.S. Mail or about this 30th day of November 2015.

/s/ Deborah E. Farris
Deborah Ellison Farris